IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr140-MHT |
| | ) | (WO) |
| JACK JONES | ) | |

OPINION AND ORDER

It is ORDERED that defendant Jack Jones's motion to reduce restitution payments (doc. no. 115) is denied.

\*\*\*

Based on the government's response (doc. no. 120), which defendant Jones has not rebutted, Jones has valuable assets such as classic cars that he could use to pay down his restitution debt of over $ 90,000, but he refuses to allow the liquidation of his assets if the money will go to his victims. Indeed, he asked the government to remove a lien so he could sell some property, then changed his mind when told that some of the proceeds would go towards restitution. Given these

circumstances, the court will not reduce his payments.

DONE, this the 20th day of November, 2019.

                                            /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE